UNITED STATES DISTRICT COURT  Send
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
CIVIL MINUTES - GENERAL

Case No.   CV 06-5340 GPS (JWJx)           Date:   October 30, 2006

Title:   _Amphenol Corp. v. Aero-Electric Connector, Inc_

================================================================
PRESENT:        THE **HONORABLE GEORGE P. SCHIAVELLI**,   JUDGE

        Jake Yerke                         Rosalyn Adams
     Courtroom Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

David Draper                           Kevin Trock

PROCEEDINGS:   Defendants' Motion to Dismiss Claims 2-8, 10, and 12


    On October 30, 2006, this Court held a hearing on Defendants' Motion to Dismiss under Federal Rule 12(b)(6). For the reasons stated below, Defendants' motion is **GRANTED**.

    Defendants' Motion is based on two arguments. First, Defendants argue that claims 2, 3, 5-8, 10, 12 are preempted by the California Uniform Trade Secrets Act ("CUTSA") because the Complaint fails to allege any factual basis for these claims beyond the misappropriation of trade secrets. Second, Plaintiff's Complaint fails to allege critical elements necessary to state a proper claim as to claims 4, 5, 6, and 7. Given the vagueness of Plaintiff's Complaint, Defendants appear correct on both points. Accordingly, claims 2-8, 10 and 12 are **DISMISSED WITHOUT PREJUDICE.** Plaintiff has until **December 8, 2006** to file an amended complaint.


**IT IS SO ORDERED.**


MINUTES FORM 11                              Initials of Deputy Clerk
CIVIL - GEN